612 A.2d 1354

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**John Harry SHAFFER, Appellant.**

Supreme Court of Pennsylvania.

Submitted May 4, 1992.

Decided Sept. 23, 1992.

Patrick F. Lauer, Jr., for appellant.

J. Michael Eakin, Dist. Atty., Syndi L. Norris, Asst. Dist. Atty., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

We granted the Appellant's Petition for Allowance of Appeal to determine whether he was properly extradited under the Extradition Act, Act of July 9, 1976, 42 Pa.C.S. § 9121.

Because Appellant failed to request a Stay of Extradition, on February 4, 1991, he was extradited to the state of Maryland. Accordingly, we must grant the Commonwealth's Motion to Dismiss. See *Commonwealth v. Caffrey*, 352 Pa.Super. 406, 508 A.2d 322 (1986).

Appeal dismissed.